# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-3633

_____

Aaron Anthony Flemons

*Plaintiff - Appellant*

v.

Glenda Bolden, Security Officer, EARU, ADC (originally named as Bolden);
Daryl Morris, Security Officer, EARU, ADC (originally named as Morris)

*Defendants - Appellees*

Arkansas Department of Correction

*Defendant*

Wendy Kelley, Director, Arkansas Department of Correction

*Defendant - Appellee*

David Knott, Chief of Security, EARU, ADC (originally named as Knott);
Synitreous Rose, Security Officer, EARU, ADC (originally named as Rose)

*Defendant*s

Keith L. Waddle; Daniel Wayne Golden, originally named as Golden

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

———————

Submitted: August 3, 2020
Filed: August 7, 2020
[Unpublished]

———————

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

———————

PER CURIAM.

Aaron Flemons appeals the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action related to prison disciplinary proceedings. After careful review of the record and the parties' arguments on appeal, we conclude that summary judgment was proper. *See Hartsfield v. Nichols,* 511 F.3d 826, 829 (8th Cir. 2008) (reviewing grant of summary judgment de novo). Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

———————————————

[1]The Honorable D.P. Marshall Jr., Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Joe J. Volpe, United States Magistrate Judge for the Eastern District of Arkansas.